UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARCUS POWERS,

    Plaintiff,

Case Number 6:15-cv-356-CEM-GJK

v.

FINANCIAL ASSET MANAGEMENT
SYSTEMS, INC.

    Defendant.
_____/

## Stipulation of Dismissal

The parties pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulate to dismissal with prejudice. Each party shall bear their own expenses, costs and fees.

Respectfully submitted on this 24th day of April 2015,

| | |
|---|---|
| /s/ *Ronald S. Canter* | /s/ *Bernard R. Mazaheri* |
| Ronald S. Canter | Bernard R. Mazaheri |
| Florida Bar No.: 335045 | Florida Bar No.: 643971 |
| rcanter@roncanterllc.com | BMazaheri@forthepeople.com |
| Bedard Law Group, P.C. | Morgan & Morgan |
| 200A Monroe St. Ste. 104 | 20 N Orange Ave Ste 1600 |
| Rockville, MD 20850 | Orlando, FL 32801 |
| Ph: 301-424-7490 | Ph: 407-420-1414 |
| | |
| Counsel for Defendant | Counsel for Plaintiff |