UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARCUS POWERS,**

      **Plaintiff,**

v.                                                    **Case No: 6:15-cv-356-Orl-41GJK**

**FINANCIAL ASSET MANAGEMENT
SYSTEMS, INC.,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the parties' joint Stipulation of Dismissal (Doc. 13), filed April 24, 2015. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record